930

No. 1120. BEIGEL *v.* UNITED STATES; and No. 1254. LAPI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Eugene Feldman* for petitioner in No. 1120. *Frank A. Lopez* for petitioner in No. 1254. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in both cases. Reported below: 370 F. 2d 751.

No. 1240. CREAM CREST-BLANDING DAIRIES, INC. *v.* NATIONAL DAIRY PRODUCTS CORP. C. A. 6th Cir. Certiorari denied. *Douglas K. Reading* for petitioner. *Gordon B. Wheeler* for respondent. ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮

No. 1242. GREEN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1243. JACKSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1245. WAX *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 1249. BOARD OF TRANSPORTATION OF NEW CASTLE COUNTY *v.* CIVIL AERONAUTICS BOARD. C. A. D. C. Cir. Certiorari denied. *Robert M. Beckman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Frederic D. Houghteling* for respondent. ▮▮▮▮▮▮▮▮▮▮

No. 1260. MACK TRUCKS, INC. *v.* BENDIX-WESTINGHOUSE AUTOMOTIVE AIR BRAKE CO. ET AL. C. A. 3d Cir. Certiorari denied. *Joseph B. Bagley* for petitioner.